

FILED
CLERK, U.S. DISTRICT COURT

OCT 11 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 24-CR-00237-SSS |
| v. | |
| ROBERT ABDALLAH | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of ___DEFENSE___ , IT IS ORDERED that a detention hearing
is set for ___OCTOBER 15___ , ___2024___ , at ___11:30___ ☒a.m. / ☐p.m. before the
Honorable ___DAVID T. BRISTOW___ , in Courtroom ___4___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___10/11/24___

_____
U.S. ~~District Judge~~/Magistrate Judge